UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROGER JAMES ZORN, SR.,
    Plaintiff,

vs.                                            Case No.: 5:23cv134-TKW-ZCB

SOCIAL SECURITY
ADMINISTRATION,
    Defendant.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9) and Plaintiff's "response" (Doc. 10).[1] Upon due consideration of these documents and the entire case file, the Court agrees with this magistrate judge's determination that this Court does not have jurisdiction over this case because the Social Security Administration has not yet made a final decision regarding Plaintiff's claim for benefits.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] The response did not object to any of the findings or analysis in the Report and Recommendation and merely stated "Docket response to the Report Recommendation [sic], that this Honorable Court hearing the details of this case. God Bless."

2. This case is DISMISSED without prejudice for lack of jurisdiction.

3. All pending motions are DENIED as moot.

4. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 26th day of June, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**